UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PARTNERS INSIGHT, LLC and
GULF COAST OPTOMETRY, P.A.,

    Plaintiffs,

v.                                    Case No.:   2:22-cv-739-SPC-KCD

JENNIFER GILL, STEVEN GILL,
EYETASTIC SERVICES, LLC, and
EYETASTIC RECRUITING, LLC,

    Defendants.
_____/

## ORDER

Before the Court is pro se Defendants' "Response to Dismissal of Motion and Motion to Add Email Address." (Doc. 87.) As Defendants have been warned before (Doc. 86), the motion will be denied for failure to comply with Local Rule 3.01(g). Defendants must confer with opposing counsel and denote their position with respect to the relief sought. Any renewed motion must indicate in its Rule 3.01(g) certification the manner of conferral and any agreements reached.

As for Defendants' request that they be added to the Court's electronic service list, this is also denied. As pro se litigants, Defendants receive paper copies of all pleadings and orders in this case. If they want electronic copies of the same, Defendants can obtain a PACER Case Search Only Account.

Accordingly, it is now **ORDERED**:

Defendants' Response to Dismissal of Motion and Motion to Add Email Address (Doc. 87) is **DENIED**.

**ORDERED** in Fort Myers, Florida this April 6, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record